ADAM WANG (STATE BAR NO. 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, Ca 95113
Tel: 408-292-1040
Fax: 408-286-6619

Attorney for Plaintiffs
ABEL PORTILLO AND EDIEL LOPEZ

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL PORTILLO AND EDIEL LOPEZ<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NADER SARNEVESLIT DBA PACIFICA CONSTRUCTION, DOES 1-10<br><br>　　　　Defendants | Case No:<br><br>DEMAND FOR JURY TRIAL |

　　　Plaintiffs demand a jury trial of causes of action alleged in their Complaint.

Dated: January 10, 2008　　　　　　　　　　　　By: /s/ Adam Wang
　　　　　　　　　　　　　　　　　　　　　　　　　　　Adam Wang
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

COMPLAINT - 10