ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiffs
ABEL PORTILLO AND EDIEL LOPEZ

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEL PORTILLO, ET AL.<br><br>         PLAINTIFF,<br><br>    VS.<br><br>NADER SARNEVESLIT, ET AL.<br><br>         Defendants | Case No:  C08-00190 JW<br><br>RESPONSE TO ORDER TO SHOW CAUSE |

On January 11, 2008, the Complaint was filed in this case.  Plaintiffs diligently tried to serve on the Defendant.  On January 31, 2008, the Service of Process was unsuccessful at the address indicated at the address indicated by the records of California Contractor Licensing Board.  The process server reports that at that an evasive male occupant at that address stated that defendant was unknown to him.

From subsequent background searches, it appears that that Defendant Nader Sarneveslit has a long history of problematic relationship with creditors.  It appears that Defendant has or had numerous civil judgments against him.  It appears that Defendant has involved in at least one bankruptcy proceeding.  It appears that Defendant's real name is Nader Sarnevesht, but is using a slightly different name of  has recently used a slight different name of Nader Sarneveslit.

---

**RESPONSE TO ORDER TO SHOW CAUSE**                                                      **Case No. C08-0190 JW**
Portillo v. Pacifica Construction, et al.

1

Plaintiffs have filed the First Amended Complaint to reflect that the current Defendant Nader Sarneveslit is also known as Nader Sarnevesht. The First Amended Complaint adds one additional Defendant Bobby Sarnevesht, who is believed to be the son of the Defendant Nader Sarneveslit, and alleges an additional cause of action of fraudulent conveyance. Plaintiffs will cause An Amended Summons to be issued immediately, and request a 45-day continuance to serve on both Defendants.

I declare under the penalty of perjury under the laws of United Stats the foregoing is true and accurate.

Dated: June 5, 2008                           By: /s/ Adam Wang
                                                  Adam Wang
                                                  Attorney for Plaintiffs

**RESPONSE TO ORDER TO SHOW CAUSE**                    Case No. C08-0190 JW
Portillo v. Pacifica Construction, et al.

2