AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Abel Portillo and Ediel Lopez

**AMENDED**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C08-00190 JW**

**V.**

NADER SARNEVESLIT aka NADER SARNEVESHT doing business as PACIFICA CONSTRUCTION, BOBBY SARNEVESHT, and DOES 1-10

TO:

NADER SARNEVESLIT aka NADER SARNEVESHT doing business as PACIFICA CONSTRUCTION, BOBBY SARNEVESHT, and DOES 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0248

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DATE 6/5/8

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ..... discretion then residing therein.<br>Name of person with whom the summons and complaint were left |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____      _____<br>                   Date                                                   Signature of Server<br><br>                                                                                   _____<br>                                                                                   Address of Server |

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.