| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040     *FAX No:* 408 416-0248 | | |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | |
| *Plaintiff:* Abel Portiloo, et al | | |
| *Defendant:* Nader Sarneveslit, et al | | |

| **PROOF OF SERVICE**<br>**AMENDED SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-00190JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. a. Party served:            Nader Sarneveslit aka Nader Sarnevesht doing business as Pacifica Construction
   b. Person served:          Nader Sarneveslit

4. Address where the party was served:      106 Heinz Court
                                                        Los Gatos, CA 95032

5. I served the party:
   b. **by substituted service.** On: Wed., Jun. 25, 2008 at: 7:19PM I left the documents listed in item 2 with or in the presence of:
                                           "Jane Doe" (wouldn' give name), Middle-eastern, Female, 45 Years Old, Brown
                                           Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds
       (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
       (4) A declaration of mailing is attached.
   b. I received this subpena for service on:      Monday, June 09, 2008

6. Witness fees were not demanded or paid.

7. **Person Who Served Papers:**
   a. Shari McKee
   b. **Bender's Legal Service**
        LRS Investigations, PI 16723
        1625 The Alameda, Ste. 511
        San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

                                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
                                      d. *The Fee for Service was.*    $48.00
                                      e. I am: (3) registered California process server
                                                    (i) Independent Contractor
                                                    (ii) Registration No.:    903
                                                    (iii) County:             Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Jul. 08, 2008

                                                                           (Shari McKee)

Judicial Council Form                   PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007    AMENDED SUMMONS                                       wangad.164077

| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113 | | | | | |
| *Telephone No:* 408 292-1040  *FAX: No:* 408 416-0248 | | | *Ref. No or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | | | | |
| *Plaintiff:* Abel Portiloo, et al | | | | | |
| *Defendant:* Nader Sarneveslit, et al | | | | | |
| **DECLARATION OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C08-00190JW | |

1. I, Shari McKee, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Nader Sarneveslit aka Nader Sarnevesht doing business as Pacifica Construction as follows:

2. Documents: Amended Summons in a Civil Case; First Amended Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/09/08 | 8:45am | Home | The subject was not in. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Sat | 06/14/08 | 10:10am | Home | No response. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Wed | 06/25/08 | 7:19pm | Home | Substituted Service on: Nader Sarneveslit aka Nader Sarnevesht doing business as Pacifica Construction Home - 106 Heinz Court Los Gatos, CA. 95032 by Serving: Nader Sarneveslit Competent Member of the Household over 18 by leaving a copy of the document(s) with: "Jane Doe" (wouldn' give name), Middle-eastern, Female, 45 Years Old, Brown Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: Shari McKee |
| Tue | 07/08/08 | | | Mailed copy of Documents to: Nader Sarneveslit aka Nader Sarnevesht doing business as Pacifica Construction |

3. Person Executing
   a. Shari McKee
   b. **Bender's Legal Service**
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $48.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 903
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

                                                        [signature]

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040    FAX No: 408 416-0248 | | |
| | Ref. No or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
U.S. District Court, Northern District of California

Plaintiff: Abel Portiloo, et al
Defendant: Nader Sarneveslit, et al

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Jul. 08, 2008
   b. Place of Mailing:        San Jose, CA 95126
   c. Addressed as follows:    Nader Sarneveslit aka Nader Sarnevesht doing business as Pacifica Construction
                               106 Heinz Court
                               Los Gatos, CA 95032

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 08, 2008 in the ordinary course of business.

5. Person Serving:
   a. Steve Y. Gebrezgier
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was.  $48.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1172
      (iii) County:              Santa Clara
      (iv)  Expiration Date:     Fri, Jan. 08, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jul. 08, 2008

*(Steve Y. Gebrezgier)*

Judicial Council Form         PROOF OF SERVICE                                    wangad, 164077
Rule 2.150.(a)&(b) Rev January 1, 2007    By Mail

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040  FAX No: 408 416-0248 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | |
| Plaintiff: Abel Portiloo, et al | | |
| Defendant: Nader Sarneveslit, et al | | |

| PROOF OF SERVICE<br>AMENDED SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. a. Party served:                    Pacifica Construction
   b. Person served:                   Party in item 3a

4. Address where the party was served: 106 Heinz Court
                                        Los Gatos, CA 95032

5. I served the party:
   b. by substituted service. On: Wed., Jun. 25, 2008 at: 7:19PM I left the documents listed in item 2 with or in the presence of:
      "Jane Doe" (refused name), Middle-eastern, Female, 45 Years Old, Brown Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds
      (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.
   b. I received this subpena for service on: Monday, June 09, 2008

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:
   a. Shari McKee
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $22.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 903
      (iii) County: Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jul. 08, 2008

   (Shari McKee)

   Judicial Council Form                    PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007   AMENDED SUMMONS                         wangad.164078

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113 | | |
| Telephone No: 408 292-1040   FAX No: 408 416-0248 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | |
| Plaintiff: Abel Portiloo, et al | | |
| Defendant: Nader Sarneveslit, et al | | |

| DECLARATION OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW |
|---|---|---|---|---|

1. I, Shari McKee, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Pacifica Construction as follows:

2. Documents:   Amended Summons in a Civil Case; First Amended Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/25/08 | 7:18pm | Home | No officer or Agent for Service was it to accept service. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Wed | 06/25/08 | 7:19pm | Home | Substituted Service on: Pacifica Construction Home - 106 Heinz Court Los Gatos, CA. 95032 by Serving: Party in item 3a Competent Member of the Household over 18 by leaving a copy of the document(s) with: "Jane Doe" (refused name), Middle-eastern, Female, 45 Years Old, Brown Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: Shari McKee |
| Tue | 07/01/08 | | | Mailed copy of Documents to:  Pacifica Construction |

3. Person Executing
   a. Shari McKee
   b. **Bender's Legal Service**
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $22.50
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 903
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040   FAX No: 408 416-0248 | | |
| Attorney for: Plaintiff | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | |
| Plaintiff: Abel Portiloo, et al | | |
| Defendant: Nader Sarneveslit, et al | | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Jul. 01, 2008
   b. Place of Mailing:       San Jose, CA 95126
   c. Addressed as follows:   Pacifica Construction
                              106 Heinz Court
                              Los Gatos, CA 95032

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 01, 2008 in the ordinary course of business.

5. Person Serving:
   a. Steve Y. Gebrezgier
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $22.50
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   1172
      (iii) County:              Santa Clara
      (iv)  Expiration Date:     Fri, Jan. 08, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jul. 08, 2008

*(signature)* (Steve Y. Gebrezgier)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   By Mail                                    wangad.164078

| Attorney or Party without Attorney:<br>Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>Telephone No: 408 292-1040   FAX No: 408 416-0248 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Attorney for: Plaintiff | | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | | | | |
| Plaintiff: Abel Portiloo, et al | | | | | |
| Defendant: Nader Sarneveslit, et al | | | | | |
| **PROOF OF SERVICE**<br>**AMENDED SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. a. Party served:           Bobby Sarnevesht
   b. Person served:          Bobby Sarneveslit

4. Address where the party was served:    106 Heinz Court
                                          Los Gatos, CA 95032

5. I served the party:
   b. **by substituted service.** On: Wed., Jun. 25, 2008 at: 7:19PM I left the documents listed in item 2 with or in the presence of:
   "Jane Doe" (refused name), occupant, Middle-eastern, Female, 45 Years Old, Brown Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds
   (2) (Home) Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   b. I received this subpena for service on:  Monday, June 09, 2008

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:                             Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Shari McKee                                        d. The Fee for Service was: $22.50
   b. Bender's Legal Service                             e. I am: (3) registered California process server
      LRS Investigations, PI 16723                          (i)  Independent Contractor
      1625 The Alameda, Ste. 511                            (ii) Registration No.:   903
      San Jose, CA 95126                                    (iii) County:             Santa Clara
   c. 408 286-4182, FAX 408 298-4484

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Jul. 08, 2008

                                                                                    (Shari McKee)

Judicial Council Form              PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   AMENDED SUMMONS                          wangad.164079

| Attorney or Party without Attorney:<br>Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113 | | For Court Use Only |
|---|---|---|
| Telephone No: 408 292-1040    FAX: No: 408 416-0248 | Ref. No or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U.S. District Court, Northern District of California

Plaintiff: Abel Portiloo, et al
Defendant: Nader Sarneveslit, et al

| DECLARATION OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08 00190JW |
|---|---|---|---|---|

1. I, Shari McKee, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Bobby Sarnevesht as follows:

2. Documents:   Amended Summons in a Civil Case; First Amended Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/09/08 | 8:45pm | Home | The subject was not in. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Sat | 06/14/08 | 10:10am | Home | No response. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Wed | 06/25/08 | 7:18pm | Home | The subject was not in. Attempt made by: Shari McKee. Attempt at: 106 Heinz Court Los Gatos CA. 95032. |
| Wed | 06/25/08 | 7:19pm | Home | Substituted Service on: Bobby Sarnevesht Home - 106 Heinz Court Los Gatos, CA. 95032 by Serving: Bobby Sarneveslit Competent Member of the Household over 18 by leaving a copy of the document(s) with: "Jane Doe" (refused name), occupant, Middle-eastern, Female, 45 Years Old, Brown Hair, glasses Eyes, 5 Feet 4 Inches, 140 Pounds. Served by: Shari McKee |
| Tue | 07/01/08 | | | Mailed copy of Documents to: Bobby Sarnevesht |

3. Person Executing
   a. Shari McKee
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was: $22.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 903
      (iii) County: Santa Clara

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

                                                                    [signature]

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Law Offices Of: Adam Wang<br>12 South First St., Ste. 613<br>San Jose, CA 95113<br>*Telephone No:* 408 292-1040   *FAX No:* 408 416-0248<br>*Ref. No or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. District Court, Northern District of California

*Plaintiff:* Abel Portiloo, et al
*Defendant:* Nader Sarneveslit, et al

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00190JW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Amended Summons in a Civil Case; First Amended Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Tue., Jul. 01, 2008
   b. Place of Mailing:      San Jose, CA 95126
   c. Addressed as follows:  Bobby Sarnevesht
                             106 Heinz Court
                             Los Gatos, CA 95032

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 01, 2008 in the ordinary course of business.

5. *Person Serving:*
   a. Steve Y. Gebrezgier
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $22.50
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:* 1172
      (iii) *County:* Santa Clara
      (iv)  *Expiration Date:* Fri, Jan. 08, 2010

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Jul. 08, 2008

   *(Steve Y. Gebrezgier)*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

wangad.164079