IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Adel Portillo, et al.,<br><br>        Plaintiffs,<br>  v.<br>Nader Sarnevesht, et al.,<br>        Defendants. | No. C 08-00190 JW<br><br>**ORDER VACATING SCHEDULING ORDER; REFERRING CASE FOR REASSIGNMENT TO MAGISTRATE JUDGE PURSUANT TO PARTIES' CONSENT** |

    Upon filing, this case was scheduled for a case management conference on September 15, 2008. The parties were unable to meet and confer, and thus have submitted separate Case Management Statements. (See Docket Item No. 14, 17.) However, despite their separate submissions, the parties have consented to assignment to a Magistrate Judge for all purposes. (Id.)

    Accordingly, the Court VACATES its Scheduling Order and refers this case to the Clerk for reassignment to a Magistrate Judge.

Dated: September 11, 2008

                                    JAMES WARE<br>
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
Jonathan Jackel jonathan@roussojackel.com

**Dated: September 11, 2008**              **Richard W. Wieking, Clerk**

                                          **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**