***E-FILED 10/14/2008***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADEL PORTILLO and EDIEL LOPEZ,<br><br>        Plaintiffs,<br>  v.<br><br>NADER SARNEVESLIT aka NADER SARNEVESHT doing business as PACIFICA CONSTRUCTION, BOBBY SARNEVESHT, and DOES 1-10,<br><br>        Defendants.<br>_____/ | No. C08-00190 HRL<br><br>**ORDER TO SHOW CAUSE RE PLAINTIFFS' FAILURE TO PROSECUTE AND FAILURE TO APPEAR** |

A case management conference was set in this matter for October 14, 2008. Defense counsel was present at the conference. Plaintiffs' counsel, Adam Wang, failed to appear. Accordingly, IT IS ORDERED THAT:

    1.    Adam Wang shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **October 21, 2008, 1:30 p.m.** and show cause, if any, (a) why this case should not be dismissed for failure to prosecute and (b) why he should not be sanctioned for his failure to appear at the case management conference.

    2.    The case management conference is **continued to October 21, 2008, 1:30 p.m. in Courtroom 2**.

IT IS SO ORDERED.

Dated: October 14, 2008



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:08-cv-190 Notice has been electronically mailed to:**

2 Adam Wang waqw@sbcglobal.net

3 Jonathan Jackel jonathan@roussojackel.com

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.